**Appeal Reinstated; Motion Denied and Order filed June 14, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00825-CV

———————

### JAMES CHARLES SMITH, Appellant

### V.

### PIONEER HOMES BUILDERS, INC., Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57739**

## ORDER

This appeal is from a judgment signed August 28, 2012. Appellant filed a notice of appeal on August 31, 2012. Appellant filed a motion to proceed without payment of costs in this court. *See* Tex. R. App. P. 20.1(h). The district clerk filed a contest. We abated the appeal and referred the matter to the trial court. *See* Tex. R. App. P. 20.1(h)(4). On May 13, 2013, the trial court signed an order sustaining the contest to appellant's claim of indigence.

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. *See* Tex. R. App, P. 20.1 (West Supp. 2012). The rule requires a party claiming indigence who seeks review of the trial court's order sustaining a contest to file her challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20.1(j)(2). As of this date, appellant has not filed a motion challenging the trial court's order.

Accordingly, appellant's motion is denied and appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **July 1, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.